01-15-00882-CR



**JOHN D. KINARD**
**DISTRICT CLERK**
**GALVESTON COUNTY, TEXAS**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
10/16/2015 10:30:45 AM
CHRISTOPHER A. PRINE
Clerk

October 16, 2015

Christopher Prine CLERK
First Court of Appeals
301 Fannin, 2nd floor
Houston, Texas 77002-2066

## NOTICE OF ASSIGNMENT ON APPEAL

**IN RE: State of Texas vs. German Perez-Vasquez**
**CASE NUMBER: 13CR0953**
**405th District Court**

Dear Clerk:

Please find enclosed a copy of the notice of appeal was filed in the above case. This case is assigned to the **First COURT OF APPEALS, HOUSTON TEXAS.** Please note the following information.

> **Date of Judgment or Order Appealed from: 09/15/15**
> **Notice of Appeal: 09/15/2015**
> **Motion for New Trial: N/A**
> **Offense Convicted of: MURDER**
> **Judgment and Sentence: Sixty Eight (68) Years TDCJ**
> **Trial Judge: Michelle Slaughter**
> **Court Reporter: Cylena Korkmas**

Any motions for Extension of Time to file the record on appeals must be filed directly with the Court of Appeals. A copy of this assignment letter is being mailed to all counsel of record. Thank you.

Sincerely,

JOHN D. KINARD
DISTRICT CLERK
GALVESTON COUNTY, TEXAS

By: _____
Tracy Petermann

*600 59th Street, Room 4401, Galveston County Justice Center, Galveston, Texas 77551-2388*

*Phone (409) 766-2424 Fax (409) 766-2292*

13CR0953
DCAPALCA
Appeal – Assignment Letter to the Court of Ap
1116494

CC: With Attachment Notice of Appeal

CC: Jack Roady, Criminal District Attorney of Galveston County, Texas
600 59th Street, Suite 1001
Galveston TX, 77551-4137


CC: Kevin Stryker, Attorney for Appellant
2600 South Shore BLVD STE 300
League City TX 77573


CC: Cylena Korkmas, Court Reporter
600 59th Street
Galveston, TX 77551

CAUSE NUMBER 13 CR 0953

THE STATE OF TEXAS                          IN THE DISTRICT COURT OF

VS.                                              GALVESTON, COUNTY, TEXAS

German Perez-Vasquez          405th JUDICIAL DISTRICT

## NOTICE OF APPEAL

On this __15__ day of __September__, __2015__ the Defendant individually or by Attorney, in the above styled and numbered cause by written notice hereby excepts to Judgment/Sentence or appealable order. Defendant hereby gives Notice of Appeal to be filed in the Court of Appeals, 1st or 14th Supreme Judicial District:

_____

_____

_____

_____

German Perez Vasquez
Defendant

Or

_____
Attorney
State BarNo._____

**The Following to be Completed by Clerk:**

Date of Judgment or other Order Appealed from: __9/15/15__
Name of Trial Court Judge: __Michelle Slaughter__
Name of Court Reporter: __Cylena Cortimas__
Name of Attorney on Appeal: __Kevin Smyllca__ Bar No. _____
Address: _____
Telephone No. _____ Fax No. _____
Name of State's Attorney on Appeal : Jack Roady, Bar No. 24027780 Galveston County Criminal District Attorney, Galveston County Courthouse, 600 59TH Street, Galveston, Texas 77551 Phone No. (409) 766-2355 Fax No. (409) 766-2290
Defendant Incarcerated?      Yes ✓ No_____
Offense Convicted of: __Murder__
Punishment Assessed: __68yrs__
Who Assessed Punishment?  Trial Court_____  Jury ✓
Appeals Consolidated under this Cause No: _____
Companion Case, if Applicable: _____
Defendant on Appeal Bond?  Yes_____    No ✓